B6F (Official Form 6F) (12/07)

In re  **Julie A Crowder**                                      ,    Case No.  **12-11787**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1001**<br><br>**American Express**<br>**P O Box 6618**<br>**Omaha, NE 68105-0618** | | W | **Credit Card** | | | | **1,147.31** |
| Account No. **xxxxxxxxxxx1006**<br><br>**AMEX**<br>**P O Box 2540**<br>**Roswell, GA 30077-2540** | | - | | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x2004**<br><br>**AMEX**<br>**P O Box 981532**<br>**El Paso, TX 79998** | | - | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9130**<br><br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** | X | - | **credit card** | | X | | **2,168.00** |

__5__  continuation sheets attached

Subtotal (Total of this page)        **3,315.31**

In re  **Julie A Crowder**                                                    , Case No. **12-11787**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7741**<br><br>**Central FL Regional Hospital**<br>**PO Box 99400**<br>**Louisville, KY 40269** | | W | 01/23/2009<br>Medical Bills | | | | 1,550.00 |
| Account No. **xxxxxxxxx9107**<br><br>**CIT Bank**<br>**715 S Metropolitan, Suite 150**<br>**PO Box 24610**<br>**Oklahoma City, OK 73124-0610** | | W | Credit Card | | | | 4,022.50 |
| Account No. **xxxxx0-000**<br><br>**City of Deland**<br>**120 South Florida Avenue**<br>**Deland, FL 32720** | - | | water bill | | | | 508.00 |
| Account No.<br><br>**Credit Control LLC**<br>**P O Box 248**<br>**Hazelwood, MO 63042** | - | | | | X | | Unknown |
| Account No. **xxxx-xxxx-xxxx-8571**<br><br>**Discover Card**<br>**PO Box 71084**<br>**Charlotte, NC 28272-1084** | | W | Credit Card | | | | 14,723.90 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **20,804.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Julie A Crowder**,   Case No. **12-11787**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Equable Ascent Financial LLC**<br>**1120 W. Lake Cook Rd**<br>**Ste B**<br>**Buffalo Grove, IL 60089** | - | | | | X | | **Unknown** |
| Account No. **xxxxxxxxxxxx6879**<br><br>**GE Money Bank**<br>**P O Box 960061**<br>**Orlando, FL 32896-0061** | | W | Credit Card | | | | **8,652.87** |
| Account No. **xx-xx-x643-5**<br><br>**Judy A Cinotti Ins Agency**<br>**7401 Cypress Gardens Blvd.**<br>**Winter Haven, FL 33888-0007** | - | | home owners Ins default<br>State Farm Florida Ins Co. | | | | **0.00** |
| Account No. **xxxxxx5066**<br><br>**Kay Jewelers**<br>**PO Box 3680**<br>**Akron, OH 44309** | | W | Revolving Credit | | | | **0.00** |
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**2015 Vaughn Rd NW**<br>**Bldg 400**<br>**Kennesaw, GA 30144-7801** | - | | | | X | | **Unknown** |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,652.87**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Julie A Crowder**,  Case No. **12-11787**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Nationwide Credit, Inc.<br>P O Box 26314<br>Lehigh Valley, PA 18002-6314 | | - | | | X | | **Unknown** |
| Account No. **xxxx5407**<br>Sallie Mae Servicing<br>P O Box 9532<br>Wilkes Barre, PA 18773-9532 | X | - | Student Loan<br>co-sign for Shawn L. Bretthauer<br>creditor extension | | | | **45,681.75** |
| Account No. **xxxxxxx266-1**<br>SallieMae<br>PO Box 9555<br>Wilkes Barre, PA 18773-9555 | X | W | Student Loan | | | | **24,310.10** |
| Account No. **xxxxxxx194-1**<br>SallieMae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | X | W | Student Loan | | | | **45,681.75** |
| Account No. **xxxx-xxxx-xxxx-3749**<br>Sam's Club Discover<br>PO Box 960013<br>Orlando, FL 32896-0013 | | W | Credit Card | | | | **4,224.53** |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **119,898.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Julie A Crowder**, Case No. **12-11787**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3922**<br><br>**Tires Plus**<br>**PO Box 81410**<br>**Cleveland, OH 44181-0410** | | W | **Revolving Credit** | | | | **1,220.99** |
| Account No. **xxxxx3262**<br><br>**US Department of Education**<br>**Direct Loan Servicing Center**<br>**PO Box 5202**<br>**Greenville, TX 75403-5202** | X | W | **Student Loan** | | | | **24,541.91** |
| Account No. **x-xxxx-9253**<br><br>**Victoria's Secret**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | | W | **Credit Card** | | | | **400.00** |
| Account No. **xxxx-xxxx-xxxx-7422**<br><br>**Wachovia**<br>**PO Box 15646**<br>**Wilmington, DE 19850-5646** | | W | **Credit Card** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2210**<br><br>**Wachovia VISA**<br>**p o bOX 9210**<br>**Des Moines, IA 50306** | | - | | | | | **12,069.91** |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **38,232.81**

B6F (Official Form 6F) (12/07) - Cont.

8/03/12 4:56PM

In re **Julie A Crowder**, Case No. **12-11787**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4970<br><br>West Pest Control Central FL<br>245 W. Blue Springs Ave<br>Suite B<br>Orange City, FL 32763 | | - | termite bond default | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **190,903.52**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Julie A Crowder**                                                                                            , Case No. **12-11787**
                                           Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey W Crowder**<br>12 John Boy trail<br>Newnan, GA 30263-4260 | **SallieMae**<br>PO Box 9555<br>Wilkes Barre, PA 18773-9555 |
| **Shawn L. Bretthauer**<br>12 John Boy Trail<br>Newnan, GA 30263-4260 | **SallieMae**<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| **Shawn L. Bretthauer**<br>12 John Boy Trail<br>Newnan, GA 30263-4260 | **US Department of Education**<br>**Direct Loan Servicing Center**<br>PO Box 5202<br>Greenville, TX 75403-5202 |
| **Shawn L. Bretthauer**<br>12 John Boy Trail<br>Newnan, GA 30263-4260 | **Sallie Mae Servicing**<br>P O Box 9532<br>Wilkes Barre, PA 18773-9532 |
| **Shawn L. Bretthauer**<br>12 John Boy Trail<br>Newnan, GA 30263-4260 | **Bank of America**<br>P O Box 982238<br>El Paso, TX 79998 |

  **0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Julie A Crowder**,
Debtor

Case No. __12-11787__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 176,600.00 | | |
| B - Personal Property | Yes | 4 | 20,999.40 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 243,045.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 596.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 190,903.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,312.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,637.91 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 197,599.40 | | |
| Total Liabilities | | | | 434,544.87 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Julie A Crowder**, Debtor

Case No. **12-11787**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 596.19 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 140,215.51 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 140,811.70 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,312.18 |
| Average Expenses (from Schedule J, Line 18) | 4,637.91 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,560.54 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 55,250.88 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 478.67 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 117.52 |
| 4. Total from Schedule F | | 190,903.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 246,271.92 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Julie A Crowder**
Debtor(s)

Case No. **12-11787**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 3, 2012**

Signature **/s/ Julie A Crowder**
**Julie A Crowder**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia

In re **Julie A Crowder**                                             Case No. **12-11787**

Debtor(s)                                                              Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 3 2012**, a copy of Schedule F, Amended; Schedule H, Amended; Summary of Schedules, Amended; Statistical Summary, Amended; Declaration Re Debtor's Schedules; and, Certificate of Service was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America**
**P O Box 982238**
**El Paso, TX  79998**

/s/ Gail Churchill
**Gail Churchill 568500**
**Law Office of Gail Churchill**
**4046 Hwy 154, #102**
**P. O. Box 72107**
**Newnan, GA 30271-2107**
**770 252 1457Fax:404 393 9798**
**gailchurchill@gmail.com**